UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zenobia Hill<br><br>Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America<br><br>Defendants. | Case No.  CV 18-08326-AB (PLAx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60  days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 17, 2019        _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE