# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| ZENOBIA HILL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:18−cv−08326−AB (PLAx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　Andre Birotte Jr.<br>Ctrm:　7B<br><br>Complaint Filed:　September 26, 2018 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:18−cv−08326−AB (PLAx) is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: February 8, 2019

_/s/ Andre Birotte Jr._
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE